OSCN Found Document:APPOINTMENT OF MEMBERS TO BOARD OF COURTROOM INTERPRETERS

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 APPOINTMENT OF MEMBERS TO BOARD OF COURTROOM INTERPRETERS
2014 OK 5
Decided: 01/30/2014
As Amended: February 5, 2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 5, __ P.3d __
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

RE: APPOINTMENT OF MEMBERS TO THE STATE BOARD OF EXAMINERS OF CERTIFIED COURTROOM INTERPRETERS

AMENDED ORDER 

Pursuant to section 1701 of title 20 of the Oklahoma Statutes, the following are appointed to serve on the State Board of Examiners of Certified Courtroom Interpreters:

Honorable Cindy Truong, this term shall begin February 1, 2014, and
shall expire February 1, 2019;

Rita D. Lyons, this term shall begin February 1, 2014, and shall expire
February 1, 2018;

Joni Bice; this term shall begin February 1, 2014, and shall expire
February 1, 2017;

Cam Ly, this term shall begin February 1, 2014, and shall expire
February 1, 2016;

Linda Dyer, this term shall begin February 1, 2014, and shall expire
February 1, 2015;

Jason King, ex officio, this term shall begin February 1, 2014, and shall
expire February 1, 2015.

All subsequent terms shall be for five years. The duties and responsibilities for this office are defined in chapter 23 of title 20 of the Oklahoma Statutes.

DONE BY ORDER OF THE SUPREME COURT this 5th day of February, 2014.

/S/CHIEF JUSTICE






 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.